# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THERESA A. SPANN § | |
| § | Civil Action No. 4:19-CV-603 |
| v. § | (Judge Jordan/Judge Nowak) |
| § | |
| FRISCO INDEPENDENT SCHOOL § | |
| DISTRICT § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 14, 2020, the report of the Magistrate Judge (Dkt. #41) was entered, containing proposed findings of fact and recommendations that Defendant Frisco Independent School District's Motion to Dismiss (Dkt. #38) be granted and this case be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Frisco Independent School District's Motion to Dismiss (Dkt. #38) is **GRANTED**, and Plaintiff Theresa Spann's claims are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 5th day of May, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE