# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THERESA A. SPANN | § |
| | §  Civil Action No. 4:19-CV-603 |
| v. | §  (Judge Jordan/Judge Nowak) |
| | § |
| FRISCO INDEPENDENT SCHOOL DISTRICT | § |
| | § |

## FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge. (Dkt. #42).

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff take nothing by her suit against Defendant and that this suit be, and hereby is, **DIMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**So ORDERED and SIGNED this 5th day of May, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE